**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:16–cr–00273 |
| § | |
| Marco Antonio Zuniga § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Arraignment and Detention Hearing
July 12, 2016 at 02:00 PM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 7, 2016

Nancy K. Johnson
United States Magistrate Judge