UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:16–cr–00273 |
| | § | |
| Marco Antonio Zuniga | § | |

# ORDER APPOINTING COUNSEL

Because the Defendant, Marco Antonio Zuniga, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

## Attorney appointed: JAMES ALSTON

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on July 12, 2016.

_____
Mary Milloy
United States Magistrate Judge