**UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-16-273-2 |
| | § | |
| MARCO ANTONIO ZUNIGA *in custody* | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count 5, a presentence report is ordered.

1. By **MARCH 31, 2017** the initial presentence report must be disclosed to counsel.

2. By **APRIL 13, 2017** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **APRIL 28, 2017** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **MAY 5, 2017** at **10:15 a.m.**

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

   If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on February 9, 2017.

Gray H. Miller
United States District Judge

*Copies:* *United States Probation*
*AUSA ~ Robert Stabe*
*Defense Counsel ~ James Alston*
*Defendant*