**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF ~~TEXAS~~ ENTERED**

April 06, 2017

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §       CRIMINAL ACTION H-16-273 |
| | § |
| (1) JOAQUIN JESUS MARANON *in custody* | § |
| (2) MARCO ANTONIO ZUNIGA *in custody* | § |
| (3) FRANK FLORES *in custody* | § |
| (4) BEVERLY ANN MOSLEY *in custody* | § |
| (5) CHANCE WAYNE NUTT *in custody* | § |
| (6) CLIFTON JOHNSON *on bond* | § |

## Order Resetting Sentencings

At the request of the probation office, the sentencings of the defendants are reset as follows:

1.  The presentence investigation reports will be available to the defendants by June 30, 2017.

2.  Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 14, 2017.

3.  The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by July 28, 2017.

4.  **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5.  The sentencings will be held on August 11, 2017 at 10:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on April 6, 2017.

Gray H. Miller
United States District Judge